RECEIVED
SDNY DOCKET UNIT
2026 AUG 17 AM 9: 13

**Abraham Kleinman**
407 Lincoln Rd, Suite 6H-1752
Miami Beach, Florida 33139

---

August 17, 2026

**VIA PRO SE INTAKE UNIT**
The Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street White Plains, New York 10601

Re: *Kleinman v. Frankel, et al.*, No. 7:26-cv-06517 (KMK)(AEK)
**Letter-Motion for Permission for Electronic Case Filing**

Dear Judge Karas:

Plaintiff pro se respectfully requests permission to participate in Electronic Case Filing in this action, pursuant to the Court's Electronic Case Filing Rules and Instructions and Fed. R. Civ. P. 5(d)(3)(B).

Plaintiff completed the Court's CM/ECF Introduction Course and was awarded a Certificate of Completion on July 16, 2026, a copy of which is annexed as Exhibit A. Plaintiff has been granted permission to file electronically in the related action, Kleinman v. Frankel, et al., No. 7:26-cv-04899 (PMH)(AEK), and has filed electronically there without incident.

Plaintiff is already a registered Filing User of this Court's CM/ECF system and agrees to comply with the Electronic Case Filing Rules and Instructions and the Individual Practices of the assigned District Judge and Magistrate Judge in this action.

Plaintiff resides in Florida, and permission to file electronically will allow Plaintiff to receive the Court's orders and the parties' filings promptly and to respond within the time the Court allows.

Plaintiff thanks the Court for its consideration.

Respectfully submitted,

Abraham Kleinman Plaintiff

Leave to file electronically is granted.
So ordered.

Enclosure: Exhibit A: Certificate of Completion, CM/ECF Introduction Course (July 16, 2026)

cc: Jacob Frankel and Sheindl Klein, 4 Horizon Court, Apt. 304, Monsey, New York 10952

September 3, 2026

# EXHIBIT A

Certificate of Completion
CM/ECF Introduction Course
United States District Court, Southern District of New York
July 16, 2026

# UNITED STATES DISTRICT COURT

*Southern District of New York*

Awarded To

## ABRAHAM KLEINMAN

For Completing the Court's CM/ECF Introduction

Course Awarded the 16th of July 2026

Lourdes Aquino

Director of Docket Services and Miscellaneous Case Operations